CHARLES H. LEVY Respondent, *v.* JOSEPH P. DAY, INC., Appellant.

Submitted May 24, 1937; decided June 1, 1937.

*Myron D. Levy* for motion.

*William Harvey Smith* and *H. Schieffelin Sayers* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.